UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
==========================================x
ROSALIE SOLLER and DAVE KENNETH SOLLER,

                Plaintiffs,

    -against-

Badge #5972, John Doe (2nd Policeman), Road Supervisor #43G, Social Services Representative, Suffolk County Police Department, Suffolk County Police Department, Suffolk County Police Dept – Chief Executive, County of Suffolk executive, County of Suffolk and Town of Smithtown,
                Defendants.
==========================================x

**ANSWER TO SECOND AMENDED COMPLAINT**

**CV 12-0167 (SJF)(WDW)**

**Jury Trial Demanded**

    Defendants, SUFFOLK COUNTY POLICE DEPARTMENT, The SUFFOLK COUNTY EXECUTIVE, and the COUNTY OF SUFFOLK. by their attorney, DENNIS M. COHEN, Suffolk County Attorney, by Susan A. Flynn, Assistant County Attorney, answering the plaintiffs' Second Amended Complaint herein, respectfully alleges as follows:

    1.    Defendants deny the operative allegations of wrongdoing set forth in the pro-se form Complaint, with attachments, including but not limited to those set forth in the paragraphs numbered "III" of the Second Amended Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

    2.    That the Second Amended Complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

    3.    That the damages sustained by plaintiffs, if any, were caused by the plaintiffs own culpable and/or negligent conduct.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

4. That the complaint fails to set forth facts sufficient to constitute a deprivation of any constitutional right or other basis for a civil rights claim.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

5. That no policy, statement, ordinance, regulation or decision officially adopted and/or promulgated by defendant or otherwise ratified by defendant authorized a deprivation of plaintiff's constitutional rights.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

6. That no custom or usage adopted, followed, endorsed or ratified by defendant authorized a deprivation of plaintiff's constitutional rights.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

7. That this Court lacks subject matter jurisdiction.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

8. That this Court lacks jurisdiction over the person of defendant Suffolk County Executive.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

9. That each defendant's actions, if any, were justified by the facts and circumstances presented.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

10. That the defendants, at all times complained of, acted reasonably and in good faith in the discharge of their official duties and responsibilities.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

11. To the extent that the Second Amended Complaint purports to set forth any pendent state law claims, they are barred by the plaintiff's failure to serve a timely Notice of Claim .

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

12. That each defendant acted in what he did solely pursuant to his duties and responsibilities as a law enforcement and/or prosecuting official.

13. That each defendant at all times acted in good faith in that he reasonably believed that he was exercising and acting within his statutory and constitutional powers.

14. That in performing such duties and responsibilities, each defendant is and was protected by absolute and/or qualified Federal and/or State immunity.

WHEREFORE, defendants demand judgment against the plaintiffs dismissing the Second Amended Complaint, together with the costs and disbursements of this action, and such other and further relief as this Court deems just and proper.

Dated: Hauppauge, New York
      July 16, 2012

DENNIS M. COHEN
Suffolk County Attorney
Attorney for Defendants
Suffolk County Police Department, Suffolk County
Executive and County of Suffolk
Office and P.O. Address
P.O. Box 6100
100 Veterans Memorial Highway
Hauppauge, New York 11788-0099
(516) 853-4049

By: _____
   Susan A. Flynn
   Assistant County Attorney

To:

Rosalie Soller and Kenneth Dave Soller
Plaintiffs Pro Se
120 Terry Road
Smithtown, NY 11787

Town of Smithtown
Smithtown Town Hall
Main Street
Smithtown, NY  11787