# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

Rosalie and Dave Kenneth Soller
120 Terry Road
Smithtown, New York 11787

Re: *Soller v. County Of Suffolk, et al.*
Docket No. CV-12-0167 (SJF)(WDW)

Dear Mrs. and Mr. Soller:

The court has directed this office to advise you that the court has adjourned the conference in this matter from May 13 to September 11, 2014 at 11:15 a.m.

Thank you.

Very truly yours,

Dennis M. Brown
County Attorney

By: Susan A. Flynn
Bureau Chief, State & Federal Torts Bureau

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY     ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099     ♦

(631) 853-4049
TELECOPIER (631) 853-5169